

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,494-03

### IN RE TONY ANTHONY TRAYLOR JR, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 241-0710-13 IN THE 241ST DISTRICT COURT
### FROM SMITH COUNTY

*Per curiam*.

## O PINION

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he requested a copy of an 11.07 habeas application form but the County Clerk failed to respond.

On March 15, 2023, this Court held this application in abeyance and ordered the District Clerk of Smith County to respond. The Clerk states Relator requested an 11.07 habeas application, but their records do not indicate that a form was sent in response to that request.

We conditionally grant mandamus relief and direct the Respondent to respond to Relator's request by sending him the requested copy. The writ of mandamus will issue only in the event the Respondent fails to comply within thirty days of the date of this opinion.

Filed: May 17, 2023
Do not publish